ORDERED.

Dated: August 30, 2021

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Misc. Pro. No. 8:21-mp-00009-CED
                                                                    Miscellaneous Proceeding
    John Gillespie

_____/

**ORDER SUSPENDING ATTORNEY JOHN GILLESPIE
FROM PRACTICING BEFORE THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AND TERMINATING CM/ECF FILING PRIVILEGES**

THIS MATTER came on for consideration for the entry of an appropriate order. The record reflects that on August 19, 2021, the Supreme Court of Florida granted the Petition for Placement on the Inactive List (for incapacity not related to misconduct) of John Gillespie (Doc. No. 1).

Local Rule 2090-2(b) provides that upon notification that the Florida Supreme Court has determined that an attorney who appears before the Court is no longer eligible to practice law in the State of Florida, the Court shall enter an order suspending the attorney from practice before the Court and terminating the attorney's CM/ECF filing privileges effective 14 days from the date of the order.

Accordingly, it is

**ORDERED:**

1. Mr. Gillespie is suspended from practicing law in the United States Bankruptcy Court for the Middle District of Florida effective 14 days from the date of this Order.

2. The Clerk of Court is directed to terminate Mr. Gillespie's CM/ECF filing privileges 14 days from the date of this Order and to enter a copy of this Order in each pending case in which he appears as counsel.

3. Mr. Gillespie may seek reconsideration of this Order if, hereafter, he is reinstated to practice by the Florida Supreme Court.

The Clerk's office is directed to serve a copy of this Order on interested parties.